UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Mag No. 15-6234 (SCM)  (MF) |
| v. | : | |
| Shakir Amos, et al., | : | ORDER |
| Defendant | : | |

This matter having been opened to the Court by the defendant, Shakir Amos, by his attorney Susan C. Cassell, with the consent of both the United States Attorney's Office, by Robert Frazer, Assistant United Stated Attorney, and U.S. Pre-trial Services, by Vincent Imbrosciano,, subject to the approval of the Court, that the conditions of defendant, Shakir Amos's bail be modified so as to allow him to attend a memorial service for his deceased grandmother, on March 19, 2016, from 4:00 p.m. to 8:00 p.m., at the home of his uncle, Kevin Amos, at 9 Blum Street, Newark, NJ, is

HEREBY ORDERED that the defendant be allowed to attend a memorial service for his deceased grandmother on March 19, 2016, at the home of Kevin Amos, 9 Blum Street, Newark, NJ., from 4:00 pm to 8:00 pm.

/s/ Susan C. Cassell

_____
Attorney for Shakir Amos

RECEIVED IN THE CHAMBERS OF

MAR 1 0 2016

TIME:_____M
HON. STEVEN C. MANNION, U.S.M.J.

SO ORDERED:

_____

Dated:                     Hon.  Steven C. Mannion U.S.D.J.

3/11/16
15-6234